UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DERRICK TERRELL LEE,

        Plaintiff,

        Case No. 1:22-cv-357

v.

        Honorable Paul L. Maloney

BERRIEN COUNTY JAIL et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

Dated:  June 14, 2022                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge